UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFREY MOFFATT,

Defendant - Appellant.

No. 26-3857

D.C. No.
2:21-cr-00335-JAK-1
Central District of California,
Los Angeles

ORDER

Before: VANDYKE and SUNG, Circuit Judges.

The motion (Docket Entry No. 7) for bail pending appeal is denied. Appellant has not shown that the appeal raises a "substantial question" of law or fact that is "fairly debatable," and that if that question is decided in defendant's favor, the likely result is either reversal, a new trial, a non-custodial sentence, or a sentence shorter than the expected duration of the appeal. *See* 18 U.S.C. § 3143(b); *United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

The existing briefing schedule remains in effect.