UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JEFFREY MOFFATT,<br><br>Defendant - Appellant. | No. 26-3857<br><br>D.C. No.<br>2:21-cr-00335-JAK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: VANDYKE and SUNG, Circuit Judges.

The emergency motion (Docket Entry No. 13) for reconsideration is denied.

*See* 9th Cir. R. 27-10.