Plaintext
JEFFREY DEAN MOFFATT, Pro Se
1070 West Barrel Springs Road, Box 11
Palmdale, California 93551
Telephone: (661) 435-2487
Email: jeffreydeanjustin@gmail.com

Defendant-Appellant Pro Se

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket No. 26-3857 |
| Plaintiff-Appellee, | D.C. No. 2:21-cr-00335-JAK-1 (Central District of California) |
| v. | |
| JEFFREY DEAN MOFFATT, | EMERGENCY MOTION MATTER (Circuit Rule 27-3) |
| Defendant-Appellant. | SURRENDER DATE: OCTOBER 28, 2026 |

# APPELLANT'S NOTICE OF FILING MASTER OPENING BRIEF AND EXCERPTS OF RECORD IN FURTHER SUPPORT OF PENDING EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 (DOCKET ENTRY 19)

PLEASE TAKE NOTICE that on October 20, 2026, Defendant-Appellant Jeffrey Dean Moffatt, proceeding *pro se*, formally submitted and filed his  Amended Master Opening Brief, Excerpts of Record (ER), and accompanying exhibits in the above-captioned appeal.

Appellant submits this Notice to advise the Court and the active duty motions panel of this critical docket development in further support of his pending **Emergency Motion for Panel Reconsideration and Stay of Surrender under Circuit Rule 27-3 (Docket Entry 19)**:

1. **Substantial Questions Are Fully Perfected on the Record:** The statutory prerequisite under 18 U.S.C. § 3143(b)—establishing substantial questions of law or fact likely to result in reversal or a new trial—is no longer prospective or speculative. Appellant's Opening Brief places the complete, substantive merits squarely before this Court, detailing:
   - Structural constitutional defects under the Appointments Clause;
   - Federal preemption of state disciplinary authority over federal tax practice under *Sperry v. Florida*, Treasury Circular 230, and the Government's admissions in *United States v. Fox*;
   - The erroneous categorical exclusion of vital neurocognitive medical defense evidence; and
   - Unrebutted claims of prosecutorial vindictiveness.
2. **Refutation of Government Contention Regarding Prior Filings:** To the extent the Government contends that Docket Entry 19 merely duplicates prior motions, the filing of the Master Opening Brief and the conformed appellate record directly refutes that characterization. The record now confirms that this appeal presents dispositive, non-frivolous structural issues.
3. **Imminent Threat of Mootness:** Appellant's surrender date remains set for **October 28, 2026**. Absent an immediate administrative stay, Appellant will be forced to commence a custodial sentence before this Court can adjudicate

the substantial questions established in his Opening Brief, mooting the relief sought.

WHEREFORE, Appellant respectfully requests that the duty motions panel consider his Master Opening Brief in conjunction with Docket Entry 19 and grant an **immediate administrative stay** of the October 28, 2026 surrender date pending full panel review.

DATED: October 20, 2026 Respectfully submitted,

/s/ Jeffrey Dean Moffatt
JEFFREY DEAN MOFFATT
Defendant-Appellant Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing

APPELLANT'S NOTICE OF FILING MASTER OPENING BRIEF AND

EXCERPTS OF RECORD

IN FURTHER SUPPORT OF PENDING EMERGENCY MOTION UNDER

CIRCUIT RULE 27-3

(DOCKET ENTRY 19) with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS/ECF system.

I certify that all participants in the case are registered ACMS/ECF users and

that service will be accomplished by the appellate ACMS/ECF system upon:

David Charles Lachman, Assistant U.S. Attorney

Office of the United States Attorney, Central District of California

Counsel for Plaintiff-Appellee United States of America

/s/ Jeffrey Dean Moffatt
JEFFREY DEAN MOFFATT